IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C/R. No.:  2:10-cr-561 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES CROSLEN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's *pro se* motion for a reduction of sentence, filed in this court on June 19, 2015. Defendant seeks a reduction of his sentence based on an Amendment to the United States Sentencing Guidelines, namely Amendment 782, effective November 1, 2014.

This Amendment reduces the Guidelines range for those sentences involving all drugs. Defendant is not eligible for consideration based upon this amendment to the sentencing guidelines because he has a mandatory minimum sentence of ten (10) years for the drug offense and while the amendment does reduce his drug guidelines, the mandatory minimum penalty still applies to him.

Defendant's motion is, therefore, **DENIED**.

**IT IS SO ORDERED.**

David C. Norton
United States District Judge

July 20, 2015
Charleston, South Carolina